UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | Cr. No. 25cr10201 |
| v. | In violation of: |
| BRENDAN JONATHAN MULLANE, Defendant. | 18 U.S.C. § 2261A(2)(B) (Stalking) |

## INDICTMENT

The Grand Jury charges that:

### COUNT ONE

From on or about February 5, 2025, through on or about May 1, 2025, in the District of Massachusetts and elsewhere, the defendant, BRENDAN JONATHAN MULLANE, with the intent to injure, harass, and intimidate another person, that is, VICTIM A, knowingly used interactive computer services and the internet, a means and facility of internet commerce, to engage in a course of conduct that caused, attempted to cause, and would be reasonably expected to cause substantial emotional distress to VICTIM A.

In violation of 18 U.S.C. § 2261A(2)(B).

### COUNT TWO

From on or about February 5, 2025, through on or about May 1, 2025, in the District of Massachusetts and elsewhere, the defendant, BRENDAN JONATHAN MULLANE, with the intent to injure, harass, and intimidate another person, that is, VICTIM B, knowingly used interactive computer services and the internet, a means and facility of internet commerce, to engage in a course of conduct that caused, attempted to

cause, and would be reasonably expected to cause substantial emotional distress to VICTIM B.

In violation of 18 U.S.C. § 2261A(2)(B).

## COUNT THREE

From on or about April 21, 2025, through on or about May 1, 2025, in the District of Massachusetts and elsewhere, the defendant, BRENDAN JONATHAN MULLANE, with the intent to injure, harass, and intimidate another person, that is, VICTIM C, knowingly used interactive computer services and the internet, a means and facility of internet commerce, to engage in a course of conduct that caused, attempted to cause, and would be reasonably expected to cause substantial emotional distress to VICTIM C.

In violation of 18 U.S.C. § 2261A(2)(B).

## COUNT FOUR

From on or about April 27, 2025, through on or about May 1, 2025, in the District of Massachusetts and elsewhere, the defendant, BRENDAN JONATHAN MULLANE, with the intent to injure, harass, and intimidate another person, that is, VICTIM D, knowingly used interactive computer services and the internet, a means and facility of internet commerce, to engage in a course of conduct that caused, attempted to cause, and would be reasonably expected to cause substantial emotional distress to VICTIM D.

In violation of 18 U.S.C. § 2261A(2)(B).

A TRUE BILL:

*[signature]*

                                                Grand Jury Foreperson

SARA MIRON BLOOM
Acting United States Attorney

_/s/ Julie M. White_
JULIE M. WHITE
Assistant U.S. Attorney

_/s/ Lee Vilker_                       Date: May 27, 2025
LEE H. VILKER
Assistant U.S. Attorney
Criminal Division Chief


District of Massachusetts: May 27, 2025
Returned into the District Court by the Grand Jurors and filed.

                                                DEPUTY CLERK