UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **United States of America** | No. 25-CR-10201-MSM |
| v. | |
| **Brendan Jonathan Mullane** | |

### DEFENDANT'S MOTION TO MODIFY CONDITIONS OF RELEASE

Defendant Jonathan Mullane hereby moves to modify the conditions of release to permit him to go outside for up to 2 hours each day.

Provided at Attachment 1 is a letter from a registered nurse involved in the treatment of Mr. Mullane.

Mr. Mullane's primary interest is in being able to walk around the Fresh Pond walking path, routinely accompanied by his family's dog, or by one of his parents.

It is simply unhealthy for Mr. Mullane to be barred from going or exercising outside. He is open to any variety of restrictions, which might include a designated time, or the location being limited to some distance from his home.

JONATHAN MULLANE
By his Attorney,

/s/ *Keith Halpern*
Keith Halpern, BBO # 545282
572 Washington Street, Suite 19
Wellesley, MA 02482

CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on June 3, 2025.

/s/ *Keith Halpern*