

CBHC CAMBRIDGE URGENT CARE
1493 Cambridge st
Cambridge MA 02139
Dept Phone: 617-665-1356
Dept Fax: 617-665-1365

Jonathan Mullane
30 Donnell St
Cambridge MA 02138

Date: 5/28/2025

To Whom This May Concern:

   This is to notify you that it is recommended that Mr. Jonathan Mullane be allowed 2 hours per day of outdoor time as a means to promote improved mental health in addition to engaging in treatment.

Please call the office at 617-665-1356 with any questions.

Respectfully,

_____
Nadia Carter, APRN

**CHA Cambridge Hospital Campus**
1493 Cambridge Street
Cambridge, MA 02139
617-665-1000

**CHA Somerville Hospital Campus**
230 Highland Avenue
Somerville, MA 02143
617-591-4500

**CHA Everett Campus**
103 Garland Street
Everett, MA 02149
617-389-6270