UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>BRENDAN JONATHAN MULLANE,<br>   Defendant. | Criminal Case No. 1:25-CR-10201 |

**JOINT INITIAL STATUS REPORT**

Pursuant to Local Rule 116.5, the United States of America, by and through its attorney, Julie M. White, Assistant United States Attorney, and Defendant Brendan Jonathan Mullane, by and through his attorney, Keith Halpern, file the following joint initial status report prepared in connection with the initial status conference scheduled for August 4, 2025.

(1)    <u>Automatic Discovery/Pending Discovery Requests</u>

The United States provided automatic discovery via USAfx on June 11, 2025. The United States is aware of one outstanding piece of discovery, to wit: extraction of Defendant's cellular telephone. This extraction has recently been completed by the FBI. The United States anticipates production of this extraction being made within ten days.

(2)    <u>Additional Discovery</u>

Currently, there are no outstanding discovery requests.

(3)    <u>Timing of Additional Discovery Requests</u>

Defense counsel is reviewing discovery and assessing the need for further discovery.

(4)    <u>Protective Orders</u>

Counsels entered into a protective order, which was approved by the Court on

June 10, 2025. ECF 37.

(5)     Pre-trial Motions

Defense counsel anticipates filing motions relating to release conditions. Defense counsel is not in a position to address the timing of pre-trial motions under Fed. R. Crim. P. 12(b).

(6)     Expert Discovery

The parties have not determined what, if any, experts they may need to call at trial.

(7)     Speedy Trial Act

The grand jury returned an indictment in this matter on May 27, 2025. ECF 24. On June 4, 2025, the court entered an order excluding the period from May 27, 2025, until August 4, 2025, under the Speedy Trial Act. ECF 33.

The parties further request that the time between August 4, 2025, and the next status date be excluded from the calculations of the Speedy Trial Act, in the interests of justice, to afford the parties additional time to review discovery materials, evaluate the filing of pre-trial motions, and explore potential disposition of the charges short of trial.

(8)     Next Status Conference

The parties request that a further status conference be scheduled for approximately sixty days in the future.

Respectfully submitted,

SARA MIRON BLOOM
Acting United States Attorney
By:

_____        /s/ Keith Halpern
JULIE M. WHITE                                               KEITH HALPERN
Assistant United States Attorney            Counsel for Defendant