UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **United States of America** <br> v. <br> **Brendan Jonathan Mullane** | No. 25-CR-10201-MSM |

### SUPPLEMENTAL MEMORANDUM & DRAFT ORDER
### RE MOTION TO MODIFY CONDITIONS OF RELEASE RE INTERNET

Based on a conversation with a senior technical advisor at Apple and experimenting with setting options in Apple's icloud email service, counsel believes that it is impossible for a sender to block an address from being sent email. The only way to block an email is for the recipient to block the sender's address. Counsel has done on-line research to determine whether a sender-block is possible on alternative platforms, such as gmail, and has reached the same conclusion. In icloud and other platforms, it is possible to create a settings "rule" that will instantaneously forward an email sent to a specified address to also go to some other specified address. Counsel believes that this is the best available alternative to Mullane's blocking specified addresses.

A draft Order is provided at Attachment 1.

JONATHAN MULLANE<br>
By his Attorney,<br>
<br>
/s/ *Keith Halpern*<br>
Keith Halpern, BBO # 545282<br>
572 Washington Street, Suite 19<br>
Wellesley, MA 02482

CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on August 21, 2025.

/s/ *Keith Halpern*