UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>BRENDAN JONATHAN MULLANE,<br>    Defendant. | Criminal Case No. 1:25-CR-10201 |

## JOINT INITIAL STATUS REPORT

Pursuant to Local Rule 116.5, the United States of America, by and through its attorney, Julie M. White, Assistant United States Attorney, and Defendant Brendan Jonathan Mullane, by and through his attorney, Keith Halpern, file the following joint initial status report prepared in connection with the initial status conference scheduled for October 3, 2025.

(1)   Automatic Discovery/Pending Discovery Requests

The United States provided initial discovery via USAfx on June 11, 2025, and supplemental discovery on August 18, 205. Defense counsel has requested additional discovery materials, and the United States is working with the United States Marshals Service to obtain and produce the requested materials.

(2)   Additional Discovery

Please see the answer provided above.

(3)   Timing of Additional Discovery Requests

Defense counsel is reviewing discovery and assessing the need for further discovery.

(4)   Protective Orders

Counsels entered into a protective order, which was approved by the Court on

June 10, 2025. ECF 37.

(5)    Pre-trial Motions

Defense counsel is not in a position to address the timing of pre-trial motions under Fed. R. Crim. P. 12(b).

(6)    Expert Discovery

The parties have not determined what, if any, experts they may need to call at trial.

(7)    Speedy Trial Act

The grand jury returned an indictment in this matter on May 27, 2025. ECF 24. On June 4, 2025, the court entered an order excluding the period from May 27, 2025, until August 4, 2025, under the Speedy Trial Act. ECF 33.

At the parties' request, the time between the initial status conference held on August 4, 2025, and the interim status conference set for October 3, 2025, has been deemed excluded.

The parties further request that the time between October 3, 2025, and the next status date be excluded from the calculations of the Speedy Trial Act, in the interests of justice, to afford the parties additional time to review discovery materials, evaluate the filing of pre-trial motions, and explore potential disposition of the charges short of trial.

(8)    Next Status Conference

The parties request that the status conference currently scheduled for October 3, 2025, be continued and reset for a date approximately sixty days in the future.

Respectfully submitted,

*Julie M. White*
_____
JULIE M. WHITE
Assistant United States Attorney

*Keith Halpern*
_____
KEITH HALPERN
Counsel for Defendant