UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **United States of America** | No. 25-CR-10201-MSM |
| v. | |
| **Brendan Jonathan Mullane** | |

### DEFENDANT'S MOTION TO MODIFY RELEASE CONDITIONS TO PERMIT TRAVEL TO FLORIDA
*(ASSENTED TO BY GOVERNMENT & PROBATION)*

Defendant Mullane hereby moves that the conditions of release be modified to permit him to travel to Florida to participate in a federal court hearing. The Government and Probation assent to this motion. As grounds therefor:

Mr. Mullane has a pending civil action in the Southern District of Florida, *Mullane v. Moreno, et al.*, No. 20-cv-21339-LB. Following an Eleventh Circuit decision issued in May 2025, there are surviving claims against a former federal prosecutor, Alison Lehr, and the United States. It is alleged, among other things, that Ms. Lehr sent false and defamatory materials concerning Mullane to several legal publications. The Eleventh Circuit held that the alleged conduct of Ms. Lehr was outside the scope of her employment, appeared to be "purely personal," and was undeserving of Westfall Act immunity. *Mullane v. Moreno, et al.*, No. 21-13468, 2025 WL 1386666, *at* *2-*7. (11th Cir. May 14, 2025)

The case has been specially assigned to the Honorable Liles Burke, who sits in the Northen District of Alabama. Judge Burke has scheduled an in-person status hearing in Miami on February 24th. Judge Burke plans to travel to Miami for the conference. Mr. Mullane filed a motion seeking to attend the conference remotely through Zoom. The motion was denied and Mullane's personal appearance is needed. Attachment 1.

Mr. Mullane wishes to travel to Florida to attend the hearing in compliance with the court's Order. There has been absolutely nothing that has occurred during the pendency of this case to suggest that there would be any risk or reason to prevent Mr. Mullane from

participating in the ongoing litigation. He wishes to travel on the 23rd and return on the 25th.

For these reasons, the conditions of release should be modified to permit the requested travel. Probation and the government assent to the travel, with all other release conditions remaining in effect.

> JONATHAN MULLANE
> By his Attorney,
>
> /s/ *Keith Halpern*
> Keith Halpern, BBO # 545282
> 572 Washington Street, Suite 19
> Wellesley, MA 02482

CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on February 12, 2025.

/s/ *Keith Halpern*