UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

United States of America

v.

Brendan Jonathan Mullane

No. 25-cr-10201-MSM-9003

## DEFENDANT'S MOTION TO HOLD MOTION TO DISMISS IN ABEYANCE
*Assented-to by Government*

Defendant Jonathan Mullane, with the government's assent, hereby moves the Court to hold his pending Motion to Dismiss for Failure to State Offense in abeyance, delaying the government's deadline for filing an opposition. The parties are involved in discussions concerning a resolution and seek to delay the motion while these efforts are proceeding. The parties anticipate that it may take 45 days to determine if a resolution is agreed upon. The parties will notify the Court of the status of efforts to resolve the case at the next scheduled conference, in approximately 45 days. If the parties are not successful in reaching an agreement, then, at that time, we will request that a schedule for the government's filing of an opposition, as well as scheduling for additional motions to dismiss, be set at that time.

The parties agree that the time between April 16, 2026 and the next scheduled conference day to be scheduled in approximately 45 days, is excluded from calculation of the time in which the matter must be tried pursuant to 18 USC § 3161. The parties agree that the time is excludable pursuant to 18 USC § 3161(h)(D), while the defendant's motion to dismiss is pending, and while he is considering a disposition in this matter.

BRENDAN JONATHON MULLANE
By his Attorney,

/s/ *Keith Halpern*

Keith Halpern
BBO #545282
572 Washington Street, Suite 19
Wellesley, MA 02482

CERTIFICATE OF SERVICE

      I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on April 29, 2026.

/s/ *Keith Halpern*

2