UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>BRENDAN JONATHAN MULLANE,<br>Defendant. | Cr. No. 25-CR-10201<br><br>In violation of:<br><br>18 U.S.C. § 2261A(2)(B)<br>(Stalking) |

**SUPERSEDING INDICTMENT**

The Grand Jury charges that:

**COUNT ONE**

From on or about February 5, 2025, through on or about May 1, 2025, in the District of Massachusetts and elsewhere, the defendant, BRENDAN JONATHAN MULLANE, with the intent to injure, harass, and intimidate another person, that is, VICTIM A, knowingly used interactive computer services and the internet, a means and facility of internet commerce, to engage in a course of conduct that caused, attempted to cause, and would be reasonably expected to cause substantial emotional distress to VICTIM A. This conduct included sending email correspondence that stated:

1) "Fuck you, [VICTIM A]. Please, please, please hold me in contempt. I have been a VERY naughty boy, and need to be severely punished and incarcerated immediately [black smiling face emoji] Guess what I will do if you don't? use your imagination 'smiling emoji]."

2) "Do you still live in [town where VICTIM A resides], [nickname for VICTIM A]? I'm back in Boston now; maybe I should pay you and your husband a little visit, so we can all get to know each other better. I would have asked your dear Jewish friend and colleague [redacted] too (*i.e.*, your former [town] neighbor, who helped you corruptly rig my lawsuit

through his "coincidentally-timed" defamation ruling in the [xxxxxxx] case just days beforehand), but unfortunately, as you already know, God decided to take him early. Why did he suddenly drop dead from a heart attack, [nickname for VICTIM A]? I guess karma exists after all—right, [coworker]?"

3) "You crossed a red line."

In violation of 18 U.S.C. § 2261A(2)(B).

**COUNT TWO**

From on or about February 5, 2025, through on or about May 1, 2025, in the District of Massachusetts and elsewhere, the defendant, BRENDAN JONATHAN MULLANE, with the intent to injure, harass, and intimidate another person, that is, VICTIM B, knowingly used interactive computer services and the internet, a means and facility of internet commerce, to engage in a course of conduct that caused, attempted to cause, and would be reasonably expected to cause substantial emotional distress to VICTIM B. This conduct included sending email correspondence that stated:

1) "You ruined my life, you evil fuck. Now I'm going to ruin your precious [daughter's] life as badly as you did to me, just to get at my father. Eye for and eye; isn't that what the Bible teaches us, [VICTIM B]?"

2) "Do you think that's fair, [VICTIM B]? Eye for an eye, as the Bible says? Or should I be more merciful to you than you were to me?"

3) The body of the email stated, "We're all waiting for your answer, [VICTIM B]. Is [VICTIM B's] precious [daughter] entitled to more mercy than [P.M.'s] son? Does that sound fair to everyone?"

In violation of 18 U.S.C. § 2261A(2)(B).

A TRUE BILL:

[redacted]

Grand Jury Foreperson

CHARLES C. CALENDA
First Assistant U.S. Attorney

Julie M. White

JULIE M. WHITE
Assistant U.S. Attorney

Stacey A. Erickson

STACEY ERICKSON
Assistant U.S. Attorney
Criminal Division Chief

Date: September 15, 2026

District of Massachusetts: September 15, 2026

Returned into the District Court by the Grand Jurors and filed.

- 11:18 AM.

DEPUTY CLERK