UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

**United States of America**
v.
**Brendan Jonathan Mullane**

No. 25-CR-10201-MSM

**DEFENDANT'S EMERGENCY MOTION**
**TO COMPEL PROMPT FILING OF OPPOSITION**

Defendant Jonathan Mullane hereby moves the Court to require the government to promptly file its Opposition to the defendant's Motion to Dismiss. Defendant files this as an emergency motion since the standard time for a response would render this Motion moot.

The defendant filed a Motion to Dismiss on September 26th.

Local Rule 7.1 provides that a "party opposing a motion shall file an opposition within 14 days after the motion is served ..."

On September 16th, Magistrate Sullivan issued an Order providing that the defendant had until October 15th to file a Motion to Dismiss and the government had until October 31 to respond. ECF # 130. This Order should not be read to allow the government to wait until October 31st to file an Opposition regardless of the defendant's filing date. It should be interpreted in the same way that any discovery schedule is interpreted. The plaintiff had until October 15th to file. The clock for a response due date begins to run when the motion is filed, not the closing date that would have applied had the defendant filed on October 15th. The Court gave the government 15 days to respond. It's now been 24 days.

The Court should order the government to file its Opposition with no further delay.

Rule 7.1 Certification

Counsel certifies that he has repeatedly attempted to confer with opposing counsel to find out when the government would file its opposition and attempted in good faith to

resolve or narrow the issue, without success, as the government has failed to respond.

JONATHAN MULLANE
By his Attorney,

/s/ *Keith Halpern*
Keith Halpern, BBO # 545282 572
Washington Street, Suite 19
Wellesley, MA 02482

CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on October 19, 2026.

/s/ *Keith Halpern*