UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

**United States of America**
v.
**Brendan Jonathan Mullane**

No. 25-CR-10201-MSM

**DEFENDANT'S MOTION TO PERMIT REPLY MEMO**

Defendant Jonathan Mullane moves the Court to allow the submission of a memorandum, no longer than five pages, in reply to the government's Response in Opposition to Defendant's Motion to Suppress.

The government's Opposition repeatedly relies upon cases absent any description of the facts that prompted a finding that a true threat was made. The defendant seeks to detail the content of the communications at issue in these cases, compare them with Mullane's emails, and demonstrate that these cases support dismissal.

The government's Opposition repeatedly describes purported facts which are not alleged in the Superseding Indictment or the original Indictment and are not otherwise in evidence. The defendant wishes to point them out.

Rule 7.1 Certification

Counsel certifies that he has conferred with opposing counsel and attempted in good faith to resolve the issue.

JONATHAN MULLANE
By his Attorney,

/s/ *Keith Halpern*
Keith Halpern, BBO # 545282 572
Washington Street, Suite 19
Wellesley, MA 02482

CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on November 3, 2026.

/s/ Keith Halpern