UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

**United States of America**
v.
**Brendan Jonathan Mullane**

No. 25-CR-10201-MSM

## COUNSEL'S MOTION TO WITHDRAW

Keith Halpern, appointed counsel for the defendant Jonathan Mullane, hereby moves to withdraw his appearance and for the appointment of successor counsel.

There has been a total breakdown in the attorney-client relationship.

In connection with this motion, counsel requests the Court to review ECF #s 18, 22, 66 (sealed) and 151, as well as the email provided at Attachment 1.

Respectfully submitted,

/s/ *Keith Halpern*
Keith Halpern, BBO # 545282
Counsel for JONATHAN MULLANE
572 Washington Street, Suite 19
Wellesley, MA 02482

CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on November 21, 2026.

/s/ *Keith Halpern*